# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEINZEN, JOHN C. | § | Case No. 15-01053 |
| HEINZEN, BARBARA K. | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 188,960.00              Assets Exempt: 143,800.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,953.04     Claims Discharged
                                                Without Payment: 86,564.69

Total Expenses of Administration: 1,046.96

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 172,050.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,046.96 | 1,046.96 | 1,046.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,749.39 | 46,076.58 | 46,076.58 | 2,953.04 |
| **TOTAL DISBURSEMENTS** | $ 237,799.39 | $ 47,123.54 | $ 47,123.54 | $ 4,000.00 |

    4)  This case was originally filed under chapter 7 on 01/14/2015 . The case was pending for 27 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  04/06/2017              By:/s/JOSEPH E. COHEN
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE | 1229-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na 300 N Hunt Club Rd Gurnee, IL 60031 | | 22,980.00 | NA | NA | 0.00 |
| | State Bank Of The Lake 440 Lake St Antioch, IL 60002 | | 149,070.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 172,050.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 6.96 | 6.96 | 6.96 |
| ASSOCIATED BANK | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,046.96 | $ 1,046.96 | $ 1,046.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accelerated Therapy 3047 Momentum Place Chicago, IL 60689-5330 | | 0.00 | NA | NA | 0.00 |
| | Advocate Condell PO Box 6572 Carol Stream, IL 60197-6572 | | 1,600.00 | NA | NA | 0.00 |
| | Advocate Condell PO Box 6572 Carol Stream, IL 60197-6572 | | 500.00 | NA | NA | 0.00 |
| | Advocate Condell PO Box 6572 Carol Stream, IL 60197-6572 | | 0.00 | NA | NA | 0.00 |
| | American Center For Spine And Neurosurgery PO Box 4663 Carol Stream, IL 60122-4663 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 9,528.00 | NA | NA | 0.00 |
| | Cap1/bstby PO Box 688910 Des Moines, IA 50368-8910 | | 1,801.00 | NA | NA | 0.00 |
| | Care Credit PO Box 960061 Orlando, FL 32896-0061 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,049.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,001.00 | NA | NA | 0.00 |
| | Citi Cards Po Box 6497 Sioux Falls, SD 57117 | | 4,377.00 | NA | NA | 0.00 |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | 10,881.00 | NA | NA | 0.00 |
| | Dr. J. Citow PO Box 4663 Carol Stream, IL 60122-4663 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys Po Box 8218 Mason, OH 45040 | | 5,453.00 | NA | NA | 0.00 |
| | First Midwest Bank/na 300 N Hunt Club Rd Gurnee, IL 60031 | | 662.00 | NA | NA | 0.00 |
| | Lake County Radiology 36104 Treasury Center Chciago, IL 60694-6100 | | 0.00 | NA | NA | 0.00 |
| | Midwest Anesthesia 40 Shuman Blvd. Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwestern Reginal Medical Center 2520 Elisha Avenue Zion, IL 60099 | | 0.00 | NA | NA | 0.00 |
| | Northshore Medical 23056 Network Place Chicago, IL 60673-1230 | | 2,417.60 | NA | NA | 0.00 |
| | Northwestern Medicine 660 North Westmoreland Road Lake Forest, IL 60045-1659 | | 826.55 | NA | NA | 0.00 |
| | Syncb/care Credit C/o Po Box 965036 Orlando, FL 32896 | | 3,345.00 | NA | NA | 0.00 |
| | Wells Fargo Financial National Bank PO Box 660431 Dallas, TX 75266-0431 | | 0.00 | NA | NA | 0.00 |
| 000005 | AMERICAN EXPRESS BANK FSB | 7100-000 | 1,885.03 | 1,964.81 | 1,964.81 | 125.92 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 423.83 | 428.81 | 428.81 | 27.48 |
| 000006 | CAPITAL ONE, N.A. | 7100-000 | 84.38 | 109.38 | 109.38 | 7.01 |
| 000003 | DISCOVER BANK | 7100-000 | 7,500.00 | 7,716.26 | 7,716.26 | 494.53 |
| 000007 | ENERBANK USA | 7100-000 | 3,965.00 | 3,965.92 | 3,965.92 | 254.18 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FIRST MIDWEST BANK | 7100-000 | NA | 23,356.73 | 23,356.73 | 1,496.93 |
| 000004 | WELLS FARGO BANK NA | 7100-000 | 8,450.00 | 8,534.67 | 8,534.67 | 546.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 65,749.39 | $ 46,076.58 | $ 46,076.58 | $ 2,953.04 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 15-01053   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: HEINZEN, JOHN C. | Date Filed (f) or Converted (c): | 01/14/15 (f) |
| HEINZEN, BARBARA K. | 341(a) Meeting Date: | 02/06/15 |
| For Period Ending: 04/06/17 | Claims Bar Date: | 01/19/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence 31405 N. Liberty Road, Gra | 200,000.00 | 0.00 | | 0.00 | FA |
| single family residence 31405 N. Liberty Road, Grayslake, IL | | | | | |
| 2. Cash | 60.00 | 0.00 | | 0.00 | FA |
| pocket cash | | | | | |
| 3. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| checking | | | | | |
| 4. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| checking | | | | | |
| 5. Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| normal household goods and related accessories | | | | | |
| 6. Wearing Apparel | 4,000.00 | 0.00 | | 0.00 | FA |
| two normal wardrobes and related accessories | | | | | |
| 7. Annuities | 23,000.00 | 0.00 | | 0.00 | FA |
| Retirement insurance annuity | | | | | |
| 8. Pension / Profit Sharing | 89,000.00 | 0.00 | | 0.00 | FA |
| 401k | | | | | |
| 9. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 100% stock ownership Bell Aviation Supply Company, Ltd. | | | | | |
| 10. Stock | Unknown | 0.00 | | 0.00 | FA |
| 100% stock ownership Wingsong Trading | | | | | |
| 11. Vehicles | 7,400.00 | 0.00 | | 0.00 | FA |
| '07 Toyota Highlander 90k miles | | | | | |
| 12. Vehicles | 6,200.00 | 0.00 | | 0.00 | FA |
| '08 Saab 49k miles | | | | | |
| 13. INHERITANCE (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 19.07a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 15-01053   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HEINZEN, JOHN C. | Date Filed (f) or Converted (c): | 01/14/15 (f) |
| | HEINZEN, BARBARA K. | 341(a) Meeting Date: | 02/06/15 |
| | | Claims Bar Date: | 01/19/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $332,760.00 | $4,000.00 | | $4,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE FOR REVIEW 1/30/17

TRUSTEE HAS REOPEN CASE CASE TO ADMINISTER ASSETS; REVIEWING CLAIMS; TFR TO FOLLOW - 1/11/2017.  TRUSTEE HAS FILED A NDR
- 01/20/16. TRUSTEE HAS REQUESTED RECORDS FROM DEBTOR - July 30, 2015.

Initial Projected Date of Final Report (TFR): 03/31/17     Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-01053 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEINZEN, JOHN C. | | Bank Name: | ASSOCIATED BANK |
| | HEINZEN, BARBARA K. | | Account Number / CD #: | *******2523  Checking Account |
| Taxpayer ID No: | *******4113 | | | |
| For Period Ending: | 04/06/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/16 | 13 | BELL AVIATION SUPPLY, LTD | | 1229-000 | 4,000.00 | | 4,000.00 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,990.00 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,970.00 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,960.00 |
| 03/20/17 | 300001 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Claim ADMIN 1, Payment 100.00000% | | | 1,006.96 | 2,953.04 |
| | | | Fees         1,000.00 | 2100-000 | | | |
| | | | Expenses         6.96 | 2200-000 | | | |
| 03/20/17 | 300002 | First Midwest Bank<br>c/o Ted Bond Jr<br>200 N King Ave, Ste 203<br>Waukegan, IL 60085 | Claim 000001, Payment 6.40899%<br>(1-1) Home Equity Line of Credit<br>(1-1) Modified 3/18/15 to correct address (dr) | 7100-000 | | 1,496.93 | 1,456.11 |
| 03/20/17 | 300003 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 6.40843% | 7100-000 | | 27.48 | 1,428.63 |
| 03/20/17 | 300004 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 6.40893% | 7100-000 | | 494.53 | 934.10 |
| 03/20/17 | 300005 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Claim 000004, Payment 6.40904%<br>(4-1) unsecured balance | 7100-000 | | 546.99 | 387.11 |
| 03/20/17 | 300006 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001 | Claim 000005, Payment 6.40876% | 7100-000 | | 125.92 | 261.19 |

Page Subtotals      4,000.00      3,738.81

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-01053 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | HEINZEN, JOHN C. | | Bank Name: | ASSOCIATED BANK |
| | HEINZEN, BARBARA K. | | Account Number / CD #: | *******2523 Checking Account |
| Taxpayer ID No: | *******4113 | | | |
| For Period Ending: | 04/06/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/17 | 300007 | Malvern PA 19355-0701<br>Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 6.40885% | 7100-000 | | 7.01 | 254.18 |
| 03/20/17 | 300008 | EnerBank USA<br>1245 East Brickyard Road, Suite 600<br>Salt Lake City, UT 84106 | Claim 000007, Payment 6.40911%<br>(7-1) Account Number (last 4 digits):0149 | 7100-000 | | 254.18 | 0.00 |

```
                                    COLUMN TOTALS                       4,000.00        4,000.00        0.00
                              Less:  Bank Transfers/CD's                    0.00            0.00
                                    Subtotal                            4,000.00        4,000.00
                              Less:  Payments to Debtors                                    0.00
                                    Net                                 4,000.00        4,000.00

                                                                                         NET            ACCOUNT
           TOTAL - ALL ACCOUNTS                         NET DEPOSITS    DISBURSEMENTS    BALANCE
           Checking Account - ********2523              4,000.00        4,000.00        0.00
                                                      -----------------  -----------------  -----------------
                                                        4,000.00        4,000.00        0.00
                                                      =================  =================  =================
                                                      (Excludes Account (Excludes Payments Total Funds
                                                       Transfers)        To Debtors)      On Hand
```

Page Subtotals    0.00    261.19

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*